IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

TYLER DIVISION

| KEVIN HALE | § | |
|---|---|---|
| v. | § | CIVIL ACTION NO. 6:10CV421 |
| COMMISSIONER, SOCIAL SECURITY ADMINISTRATION | § | |

ORDER ADOPTING REPORT AND RECOMMENDATION

The Report and Recommendation of the Magistrate Judge, which contains her findings, conclusions, and recommendation for the disposition of this action, has been presented for consideration. The Report and Recommendation recommends that this action be dismissed without prejudice for failure to prosecute and for failure to comply with an order of the court pursuant to Fed. R. Civ. P. 41(b). No written objections have been filed. The findings and conclusions of the Magistrate Judge are therefore adopted as those of the Court.

In light of the foregoing, it is

**ORDERED** that the Plaintiff's complaint is hereby **DISMISSED** without prejudice pursuant to Fed. R. Civ. P. 41(b). It is further

**ORDERED** that any motion not previously ruled on is **DENIED**.

**SIGNED this 17th day of February, 2011.**

MICHAEL H. SCHNEIDER
UNITED STATES DISTRICT JUDGE

1